Last revised 12/1/11

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Stephen Bonsick

Case No.: 13-19025

Judge: DHS

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

- ☐ Original
- ☑ Modified/Notice Required
- ☑ Discharge Sought
- ☐ Motions Included
- ☐ Modified/No Notice Required
- ☐ No Discharge Sought

Date: 9/6/13

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ 102.00 per month to the Chapter 13 Trustee, starting on May 1, 2013 for approximately 9 months. And $734.00 per month for the remaining 51 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☑ Future earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

❑ Sale of real property
Description:

Proposed date for completion: _____

❑ Refinance of real property:
Description:

Proposed date for completion: _____

❑ Loan modification with respect to mortgage encumbering property:
Description:

Proposed date for completion: _____

d. ❑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ❑ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Marie-Ann Greenberg | Trustee Commission | As provided for by statute |
| Nicholas Fitzgerald | Debtor's Counsel Fees | $3,500 |

2

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### b. Modification

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

> **NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

3

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

### e. Secured Claims to be Paid in Full Through the Plan:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☑ Not less than ____100____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

4

| Part 6: | Executory Contracts and Unexpired Leases | |
|---|---|---|
| All executory contracts and unexpired leases are rejected, except the following, which are assumed: | | |
| Creditor | Nature of Contract or Lease | Treatment by Debtor |
| Salvator & Sandra Gencarelli | Residential Lease | As billed. |

### Part 7: Motions

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with a Chapter 13 Plan Transmittal Letter, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Proof of Service must be filed with the Clerk of Court when the Plan and Transmittal Letter are served.

Where a motion to avoid liens or partially avoid liens has been filed in the plan, a proof of claim filed that asserts a secured claim that is greater than the amount to be paid in the plan serves as opposition to the motion, and serves as an objection to confirmation. The proof of claim shall be served in accordance with D.N.J. LBR 3015-6(a). The creditor shall file a proof of service prior to the scheduled confirmation hearing. In order to prosecute the objection, the creditor must appear at the confirmation hearing, which shall be the hearing on the motion. Failure to appear to prosecute the objection may result in the motion being granted and the plan being confirmed pursuant to the terms as set forth in the plan.

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

5

| b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured. |||
|---|---|---|
| The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above: |||
| Creditor | Collateral | Amount of Lien to be Reclassified |
|  |  |  |

| c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ||||
|---|---|---|---|
| The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above: ||||
| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

- ☑ Upon confirmation
- ☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Administrative/Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

6

| Part 9: | Modification |
|---|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____6/14/13_____

| Explain below **why** the plan is being modified:<br>To adjust the plan for all claims filed. | Explain below **how** the plan is being modified:<br>Part 1 is modified. |
|---|---|

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

| Part 10: | Sign Here |
|---|---|

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: __9/9/13__                                         _____
                                                         Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: __9/9/13__                                         _____
                                                         Debtor

Date: _____                                 _____
                                                         Joint Debtor

7

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-19025-DHS
Stephen J. Bonsick                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: dchrzano        Page 1 of 2        Date Rcvd: Sep 09, 2013
                            Form ID: pdf901      Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2013.
```
db         +Stephen J. Bonsick,    73 Woodrow Ave, 2nd Floor,    Woodland Park, NJ 07424-2755
513886631  +Advanced Surgery Center of Clifton, LLC,    PO Box 79,   Bayonne, NJ 07002-0079
513886632  +Amity Associates,    375 Route 10 E Ste 1r,    Randolph, NJ 07869-2223
513886636 ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court:  Capital One Bank,   C/O TSYS Debt Management,    PO Box 5155,
              Norcross, GA 30091)
513886637 ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
              Kansas City, MO 64195)
513886633  +Candica LLC,    Weistein and Riley PS,    PO Box 3978,    Seattle, WA 98124-3978
513886634  +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
513886635  +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
513886638  +Cohen Dermatology,    PO Box 414913,    Boston, MA 02241-4913
513886640  +Collection Acquisition Company,    PO Box 1211,    Oxford, MS 38655-1211
513886641  +Contract Callers, Inc.,    1058 Claussen Rd, Suite 110,    Augusta, GA 30907-0301
513886643  +Diversfied Consultants / DCI Inc,    T-Mobile,    PO Box 551268,    Jacksonville, FL 32255-1268
513886644  +Elite Orthopedic and Sports Medicine,    C/O Joseph Massood Esq,    50 packnack Lake Rd East,
              Wayne, NJ 07470-5834
513886647  +FNCC/Legacy Visa,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
513886645  +First National Credit CA,    500 East 60th Street, N,    Sioux Falls, SD 57104-0478
513886646  +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
513886648  +Garden State Open MRI,    831 Main Avenue,    Passaic, NJ 07055-8400
513886654   IRS,   Po Box 45250,    Cincinnati, OH 45250
513886650  +Immedicenter,    500 Union Boulevard,    Totowa, NJ 07512-2579
513886656  +Jidong Sun, MD,    Bayshore Rhab Center Medicine, P.C.,    2163 Oak Treet Rd, Suite 109,
              Edison, NJ 08820-1084
513886657  +Joseph A Massood, Esq,    50 Packanack Lake Rd East,    Wayne, NJ 07470-5834
513886658  +Medical & Molecular Imaging Wayne,    PO Box 531,    Hackensack, NJ 07602-0531
513886659  +New Jersey Spinal Care,    601 Hamburg Turnpike, Suite 101,    Wayne, NJ 07470-2049
513886660  +North Jersey Spine Group, LLC,    1680 Route 23 North, Suite 250,    Wayne, NJ 07470-7520
513886665  +PNC Bank,    Customer Service,    PO Box 856177,    Pittsburgh, PA 15230-0609
513886666 ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court:  Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541)
513886669  +PRA Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    C/o Best Buy,
              PO Box 41067,    Norfolk, VA 23541-1067
513886668  +PRA Receivables Management, LLC,    As Agent of Portfolio Recovery Assocs.,    C/o Orchard Bank,
              PO Box 41067,    Norfolk, VA 23541-1067
513886670  +PSE & G,    PO Box 14444,    New Brunswick, NJ 08906-4444
513886661  +Passaic County Probation Division,    Child Support Enforcement,    100 Hamilton Plaza,
              Paterson, NJ 07505-2109
513886663  +Patriot's Home & Auto,    PO Box 19003,    Roanoke, VA 24019-1001
513886664  +Pinnacle Financial Group,    Dept. 673,    PO Box 4115,    Concord, CA 94524-4115
513886671  +T-Mobile,    PO Box 37380,    Albuquerque, NM 87176-7380
513886672  +Valley National Bank,    a/a/f Heritage Financial Recovery Serv.,
              600 East crecent Avenue, Suite #304,    Saddle River, NJ 07458-1899
514007730 #+Yahaira Infante,    9503 Sidebrook Road, #401,    Owings Mills, MD 21117-7638
513886676 #+Yahira Infante,    9503 Sidebrook Rd, Apt 401,    Owings Mills, MD 21117-7638
514049491 #+Yahira Infante,    9503 Sidebrook Road #401,    Owings Mills, MD 21117-7638
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: leah.bynon@usdoj.gov Sep 09 2013 21:31:42     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2013 21:31:38      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
513886642   +E-mail/Text: creditonebknotifications@resurgent.com Sep 09 2013 21:30:46     Credit One Bank,
              Po Box 98873,   Las Vegas, NV 89193-8873
513936975    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2013 21:43:43     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
513886649   +E-mail/Text: Bankruptcy@icsystem.com Sep 09 2013 21:31:43     I.C. System, Inc,
              444 Highway 96 East,    PO Box 64437,   Saint Paul, MN 55164-0437
513886652    E-mail/Text: cio.bncmail@irs.gov Sep 09 2013 21:30:30     Internal Revenue Service,
              District Counsel,    District of New Jersey,   One Newark Center, Suite 1500,   Newark, NJ 07102
513886651   +E-mail/Text: cio.bncmail@irs.gov Sep 09 2013 21:30:04     Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
514188658    E-mail/Text: resurgentbknotifications@resurgent.com Sep 09 2013 21:30:38
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
513914912   +E-mail/Text: rahim.hulandel@pseg.com Sep 09 2013 21:30:42      PSEG,    PO BOX 490,
              Cranford, NJ 07016-0490,   Att:Bankruptcy Dept
513886662   +E-mail/Text: dmcnulty@oakrock.com Sep 09 2013 21:31:37     Patriot's Home & Auto,
              Oak Rock Financial, LLC,    PO Box 610,   Bohemia, NY 11716-0610
```

```
District/off: 0312-2           User: dchrzano              Page 2 of 2                   Date Rcvd: Sep 09, 2013
                               Form ID: pdf901             Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513886673     +E-mail/Text: collect@williamsalexander.com Sep 09 2013 21:31:25     Waassociates,   Po Box 2148,
               Wayne, NJ 07474-2148
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513886653      Internal Revenue Service,   PO Box 7346,   P[hiladelphia, NJ
513886639*    +Cohen Dermatology,   PO Box 414913,   Boston, MA 02241-4913
513886655*     Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
513886667*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541)
514179496*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,
                 Norfolk VA 23541)
514179497*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Orchard Bank,   POB 41067,
                 Norfolk VA 23541)
514007695*    +Passaic County Probation Division,   Child Support Enforcement,   100 Hamilton Plaza,
               Paterson, NJ 07505-2109
513886674*    +Waassociates,   Po Box 2148,   Wayne, NJ 07474-2148
513886675*    +Waassociates,   Po Box 2148,   Wayne, NJ 07474-2148
                                                                                       TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2013                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2013 at the address(es) listed below:
              Marie-Ann Greenberg   magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Stephen J. Bonsick nickfitz.law@gmail.com
              Ting Y. Wu   on behalf of Debtor Stephen J. Bonsick beckywu.esq@gmail.com
                                                                                             TOTAL: 3
```